UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ZACARIAS,<br>Plaintiff,<br>v.<br>UNIVERSAL NORTH AMERICA INSURANCE COMPANY,<br>Defendant. | Case No. 1:26-cv-04415-KES-FJS<br><br>ORDER REFERRING THE MATTER TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271<br><br>(ECF No. 8) |

Pursuant to the parties' agreement (ECF No. 8) and Local Rule 271, Plaintiff Maria Zacarias and Defendant Universal North America Insurance Company have agreed to have the matter referred to the court's voluntary dispute resolution program. Accordingly, the court HEREBY ORDERS as follows:

(1) This matter is referred to the voluntary dispute resolution program ("VDRP");

(2) The parties shall notify the court within thirty (30) days of completing the VDRP; and

(3) The mid-discovery conference currently set for June 10, 2027, will remain on calendar, but will be continued if necessary for completion of the VDRP once the parties notify the court that VDRP is still pending.

IT IS SO ORDERED.

Dated: **November 25, 2026**

UNITED STATES MAGISTRATE JUDGE